[No. 11935-8-II. Division Two. May 12, 1989.]

*In the Matter of the* 1986 CHEVROLET CAMARO.

JOHN J. VAN RUTH, *Appellant,* v. THE CITY OF PORT ORCHARD POLICE DEPARTMENT, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 87-2-01644-9, James D. Roper, J., entered April 11, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Worswick, J.

[No. 20396-7-I. Division One. May 15, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT WAYNE LECLERC, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-01707-9, John M. Darrah, J., entered January 8, 1986. *Affirmed in part* and *remanded* by unpublished opinion per Grosse, A.C.J., concurred in by Williams, J. Pro Tem., Pekelis, J., dissenting.

[No. 21306-7-I. Division One. May 15, 1989.]

*In the Matter of* P.X.

THE STATE OF WASHINGTON, *Respondent,* v. PAO XIONG, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86-7-00948-3, Anne L. Ellington, J., entered September 10, 1987. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Scholfield, J., and Williams, J. Pro Tem.